# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BILLY LIPFORD, JR.,

        Plaintiff,

vs.                                              CASE NO. 5:09cv259/RS-EMT

CENTERLINE, INC.,

        Defendant.

_____/

## ORDER

Before me is Defendant Centerline's Motion In Limine To Preclude Expert Testimony (Doc. 18). Defendant argues that the Plaintiff's treating physician, Dr. Michael Reed, should not be permitted to present opinion testimony at trial about causation and prognosis (permanent impairment). Defendant argues that Dr. Reed should not be permitted to testify about those two issues because Defendant did not provide a written report of Dr. Reed's opinion pursuant to Fed. R. Civ. P. 26(a)(2)(B).

The Advisory Committee for the 1993 amendment of Rule 26 does not support Defendant's argument:

> "The requirement of a written report in paragraph (2)(B), however, applies only to those experts who are retained or specially employed to provide such testimony in the case... A treating physician, for example, can be deposed or called to testify at trial without any requirement for a written report."

Furthermore,

> "Treating physicians commonly considered the cause of any medical condition presented in a patient, the diagnosis, the prognosis, and the extended disability, if any, caused by the condition or injury. *Id*. Instead, the relevant question is whether the treating physician acquired his opinions as to the cause of injuries directly through treatment. If so,

the treating physician need not file a written report. If the treating physician testifies on information gathered outside of the course of treatment and the party does not file a Rule 26(a)(2)(B) report as to that testimony, it may be excluded." *Baratta v. City of Largo*, 2003 WL 25686843, 2-3 (M.D. Fla. 2003).

Defendant's Motion In Limine (Doc. 18) is **denied** without prejudice to Defendant to raise specific objections to specific testimony by Dr. Reed.

**ORDERED** on April 13, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**